UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL D. WOODFALL,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF NEVADA; NYE COUNTY COMMISSIONER; NYE COUNTY SHERIFF; JOE MCGILL; NYE SHERIFF DEPUTY; JOHN DOES 1-10; FIFTH JUDICIAL JUSTICE COURT JANE DOES 1-10,<br><br>  Defendants. | Case No.: 2:23-cv-00976-JAD-EJY<br><br>**ORDER** |

On June 15, 2023, Plaintiff submitted an application to proceed *in forma pauperis* together with a Civil Rights Complaint under 42 U.S.C. § 1983. ECF Nos. 1, 1-1. Plaintiff did not submit his application on the Court's *in forma pauperis* application, which is required under U.S. District Court for the District of Nevada Local Rule LSR 1-1. Local Rule LSR 1-1 states: "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*. The application **must** be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities." (Emphasis added.) Because Plaintiff did not submit his *in forma pauperis* application on the Court's form, his request to proceed without prepaying fees is denied without prejudice.

The Court will retain Plaintiff's Complaint (ECF No. 1-1), but will not file it until the matter of Plaintiff's *in forma pauperis* application or payment of the filing fee is resolved.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court must send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **July 28, 2023**, Plaintiff must either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form, in compliance with 28 U.S.C. § 1915(a) and LSR 1-1; or (2) pay the $402 fee for filing a civil action (which includes the $350 filing fee and the $52 administrative fee).

IT IS FURTHER ORDERED that failure to comply with this Order may result in a recommendation to dismiss this action without prejudice.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1) but will not file it at this time.

Dated this 28th day of June, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2