1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MICHAEL D. WOODFALL,

              Plaintiff,

    v.

STATE OF NEVADA; NYE COUNTY
COMMISSIONER; NYE COUNTY
SHERIFF; JOE MCGILL; NYE SHERIFF
DEPUTY; JOHN DOES 1-10; FIFTH
JUDICIAL JUSTICE COURT JANE DOES 1-
10,

              Defendants.

Case No.: 2:23-cv-00976-JAD-EJY

**ORDER**

On June 15, 2023, Plaintiff, a non inmate litigant submitted a Motion to Proceed *in Forma Pauperis* together with a Complaint under 42 U.S.C. § 1983.  ECF Nos. 1, 1-1.  As explained in the Court's June 28, 2023 Order, Plaintiff's *in forma pauperis* application ("IFP") was denied because he did not submit his application on the Court's form as required by District of Nevada Local Rule LSR 1-1.  In the Order, the Court instructed the Clerk of Court to send Plaintiff the approved IFP form application for a non prisoner, as well as the document entitled information and instructions for filing the same.  The Court gave Plaintiff through and including July 28, 2023 to either pay the appropriate filing fee or submit a complete *in forma pauperis* application on the correct form.  *Id.* at 1-2.

On July 17 and 18, 2023, Plaintiff's mail was returned as undeliverable.  ECF Nos. 5, 6. Plaintiff has not updated his address with the Court in violation of District of Nevada Local Rule IA 3-1 requiring a "pro se party … [to] immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number.  …  Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."  LR IA 3-1.

In light of the foregoing, the Court grants Plaintiff time to file his updated address and, *sua sponte*, extends the time to submit a complete *in forma pauperis* application on the proper form.

1

Accordingly, IT IS HEREBY ORDERED that on or before **August 21, 2023,** Plaintiff must file a notice advising the Court of his current address and either file a complete application to proceed *in forma pauperis* on the proper form or pay the $402 filing fee.

IT IS FURTHER ORDERED that the Clerk of Court **must** send courtesy copies of this Order and the Court's June 28, 2023 Order along with its attachments (ECF Nos. 3, 3-1) to Plaintiff's physical address on file with the Court and Plaintiff's recorded email address at: **woodfallkinsleyvwanker@outlook.com**.

IT IS FURTHER ORDERED that Plaintiff's failure to comply with this Order will result in a recommendation to dismiss this action without prejudice.

Dated this 20th day of July, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE